**UNITED STATES of AMERICA,
Plaintiff–Appellee,**

v.

**Ernest MARSHALL, Defendant–
Appellant.**

No. 91–8141.

United States Court of Appeals,
Eleventh Circuit.

Nov. 3, 1992.

Bruce Maloy, Maloy & Jenkins, Atlanta, Ga., for defendant-appellant.

James T. Martin, Asst. U.S. Atty., Atlanta, Ga., for plaintiff-appellee.

Before TJOFLAT, Chief Judge, FAY and COX, Circuit Judges.

PER CURIAM:

We find it proper to include the defendant when counting the individuals involved in the criminal activity. *United States v. Schweihs*, 971 F.2d 1302 (7th Cir. 1992); *United States v. Harry*, 960 F.2d

51, 53 (8th Cir.1992); *United States v. Fells*, 920 F.2d 1179, 1182 (4th Cir.1990), *cert. denied*, —— U.S. ——, 111 S.Ct. 2831, 115 L.Ed.2d 1000 (1991); *United States v. Reid*, 911 F.2d 1456, 1464 (10th Cir.1990), *cert. denied*, —— U.S. —— 111 S.Ct. 990, 112 L.Ed.2d 1074 (1991); *United States v. Barbontin*, 907 F.2d 1494, 1498 (5th Cir. 1990); *United States v. Preakos*, 907 F.2d 7, 10 (1st Cir.1990).

We find no merit in the other issues raised in this appeal.

AFFIRMED.